

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

COOPER                                                                                            PLAINTIFF

VERSUS                                       CIVIL ACTION NO. 1:05cv77 LG-JMR

EASTERN SAVING BANKS,FSB                              DEFENDANT

<u>ORDER OF DISMISSAL</u>

The parties having agreed to and announced to the Court a settlement of this case, and the Court being desirous that this matter be finally closed on its docket,

IT IS, THEREFORE, ORDERED that this case is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within (60) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten days, and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement, The Court specifically retains jurisdiction to enforce the settlement agreement.

SO ORDERED, this the 17th day of October, 2006.

UNITED STATES MAGISTRATE JUDGE